```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| EVA RIOS, | Civil Action |
| Plaintiff, | No. 16- 8304 (JBS-AMD) |
| v. | **MEMORANDUM OPINION** |
| CAMDEN COUNTY JAIL, | |
| Defendant. | |

**SIMANDLE, Chief District Judge**

Plaintiff Eva Rios seeks to bring this civil action without submitting an in forma pauperis ("IFP") application or without prepayment of fees or security. Therefore, the Court cannot file the Complaint at this time.

Plaintiff must either submit a completed IFP application or the $350 filing fee and $50 administrative fee before the complaint will be filed.

An appropriate order follows.

**March 6, 2017**         **s/ Jerome B. Simandle**
Date                      JEROME B. SIMANDLE
                          Chief U.S. District Judge